JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| REGINA RALBAG | CASE NUMBER |
|---|---|
| | 2:22-cv-01804-ODW-MAR |
| v.   PLAINTIFF(S) | |
| DONNA JAFFE, ET AL., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____
Date                                                                                   United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency                    ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous        ☐ Immunity as to _____
☐ Other: _____

Comments:
The Court lacks jurisdiction over this unlawful detainer action. Both IFP requests, Dkts. 2 and 3, should be denied.

March 24, 2022                                                              [signature]
Date                                                                                   United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☐ This case is hereby DISMISSED immediately.
   ☒ This case is hereby REMANDED to state court.

March 25, 2022                                                              [signature: Otis D. Wright]
Date                                                                                   United States District Judge

CV-73 (08/16)                    **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*